## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ARMSTRONG KIMARO <br><br> Plaintiff, <br><br> v. <br><br> BSD COLLECTIONS, INC. <br> BART GARRY <br><br> Defendants. | Case No. 1:15-CV-1722-GLR |

## MOTION REQUESTING VOLUNTARY DISMISSAL

Plaintiff Armstrong Kimaro, by and through his attorney Cory L. Zajdel of Z LAW, LLC, submits this Motion for Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(2). Defendant BSD Collections, Inc. and Bart Garry d/b/a Law Office of Bart Garry filed a Motion for Summary Judgment (ECF #2). Accordingly, Kimaro can only voluntarily dismiss his Compliant by court order.

WHEREFORE, Plaintiff Kimaro respectfully requests that this Court enter an Order dismissing the Complaint filed against Defendants with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

                                                          Respectfully submitted,

                                                          Z LAW, LLC

Dated: June 23, 2015                By:      /s/      28191
                                                          Cory L. Zajdel, Esq. (Fed. Bar No. 28191)
                                                          301 Main Street, Suite 2-D
                                                          Reisterstown, Maryland 21136
                                                          (443) 213-1977 – telephone
                                                          clz@zlawmaryland.com

                                                          **Attorney for Armstrong Kimaro**