```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND

ARMSTRONG KIMARO,              :

     Plaintiff,                :

v.                             :    Civil Action No. GLR-15-1722

BSD COLLECTIONS, INC., et al., :

     Defendants.               :
```

**ORDER**

Upon consideration of Plaintiff's Motion Requesting Voluntary Dismissal (ECF No. 12), it is this 23rd day of June, 2015, hereby

ORDERED that Plaintiff's Motion Requesting Voluntary Dismissal (ECF No. 12) is GRANTED;

It is FURTHER ORDERED that the Complaint is DISMISSED with PREJUDICE; and

It is FURTHER ORDERED that the Clerk shall CLOSE this case.

```
                              _____/s/_____
                              George L. Russell, III
                              United States District Judge
```